Court of Appeals
Seventh District of Texas.
Amarillo. Division


SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Evangelos Pagonis
          Plaintiff

          v                                              7-15-00090CV

Catharine Thomas
          Defendant


Motion To Extend Time
To File Appellant's Brief


Now Comes Evangelos Pagonis Plaintiff Pro Se an Request an Extension of Time For His Brief To Amend as Needed on the Decision of the District Court. The Plaintiff Has Claimed Indigency and Has Submitted His inability to Pay Cost and Inmate Trust Fund as Request By This Court. He Has Began Grant Inc Forma Pauperis From Previous Courts. And Proceeds as Such.


He Prays That The Court Will Grant His Request.


                              Respectfully Submitted.
                              Evangelos Pagonis


Dated 4-30-2015.

162 62 53
Eustacio Magaonis
Daniel Unit
1950 Fm 980
Dalhart Tx 79022




Court of Appeals.
Seventh District of Texas.

Potter County Court Building
501 S. Fillmore Suite A-2
Amarillo, Tx 79101 - 2449

Legal.